# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Bobby Keith Hefner, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:12-cv-00010-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Burke County Sheriff's Office, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 12, 2013 Order.

June 12, 2013

*Frank G. John*

Frank G. Johns, Clerk
United States District Court